[No. 32049-1-I.   Division One.   August 22, 1994.]

*In the Matter of the Dependency of* M.T.

HOLLY TOWNSEND, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 90-7-01299-7, Sharon S. Armstrong, J., entered December 10, 1992. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Pekelis, A.C.J., and Agid, J.

[No. 30016-4-I.   Division One.   August 22, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JIMMY D. SULLINGER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-1-01400-7, Daniel T. Kerschner, J., entered January 17, 1992. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Scholfield and Becker, JJ.

[No. 30095-4-I.   Division One.   August 22, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE CARILLO RODRIGUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 90-1-00292-5, Stanley K. Bruhn and Gilbert E. Mullen, JJ., entered January 30, 1992. *Affirmed* by unpublished opinion per Webster, C.J., concurred in by Pekelis and Kennedy, JJ.